THE STATE OF OHIO, APPELLEE, *v.* MACALLA, APPELLANT.

[Cite as *State v. Macalla,* 121 Ohio St.3d 606, 2009-Ohio-1904.]

*Court of appeals' judgment affirmed on the authority of State v. Thompson.*

(No. 2008-0678 — Submitted April 21, 2009 — Decided April 29, 2009.)

APPEAL from the Court of Appeals for Cuyahoga County,

No. 88825, 2008-Ohio-569.

————————————

**{¶ 1}** The judgment of the court of appeals is affirmed on the authority of *State v. Thompson*, 121 Ohio St.3d 250, 2009-Ohio-314, 903 N.E.2d 618.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

————————————

William D. Mason, Cuyahoga County Prosecuting Attorney, and Lisa Reitz Williamson, Assistant Prosecuting Attorney, for appellee.

Timothy Young, State Public Defender, and Sarah M. Schregardus, Assistant State Public Defender, for appellant.

————————————